**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLA J. IKELER,

       Plaintiff,

vs.                                            CASE NO. 06-13592
                                              HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY

       Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation of May 3, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. Plaintiff has filed an objection to the Magistrate's Report and Defendant has responded to this objection.

After a thorough review of the court file, the respective parties' motions, the Report and Recommendation, and Plaintiff's objection, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore,

IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claim is HEREBY DISMISSED.

IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 30, 2007.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290